FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

NOV 2 0 2006

OFFICE OF THE CLERK

*DOCKET NO. 1657*

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 3 1 2006

FILED
CLERK'S OFFICE

8:06CV633
8:06CV651
8:06CV652

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

4:06CV3229
4:06CV3230
4:06CV3231

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-71)

4:06CV3232
4:06CV3233
4:06CV3234

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 4,677 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

NOV 1 6 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-71 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

DIST. DIV. C.A. #          CASE CAPTION

**ALABAMA MIDDLE**
ALM   2   06-866          Jimmy R. Jackson, Sr., et al. v. Merck & Co., Inc.

**ALABAMA NORTHERN**
ALN   2   06-1936         Jacqueline S. Wright v. Merck & Co., Inc.
ALN   2   06-1957         Rodolfo Vargas, et al. v. Merck & Co., Inc.
ALN   2   06-1967         Brenda Smith v. Merck & Co., Inc.
ALN   2   06-1968         Beverly Kelly v. Merck & Co., Inc.
ALN   2   06-1969         Terrell Palmore v. Merck & Co., Inc.
ALN   2   06-1970         Dorothy Arwood v. Merck & Co., Inc.
ALN   3   06-1977         Anna Baugher, et al. v. Merck & Co., Inc.
ALN   4   06-1958         Howard G. Smith v. Merck & Co., Inc.

**ALABAMA SOUTHERN**
ALS   1   06-608          Raymond Williams, et al. v. Merck & Co., Inc.
ALS   1   06-609          Georgina Nelson, et al. v. Merck & Co., Inc.

**ARKANSAS WESTERN**
ARW   3   06-3061         Lynne Carlson v. Merck & Co., Inc.
ARW   4   06-4086         Patrick Wooldridge v. Merck & Co., Inc.

**ARIZONA**
AZ    2   06-2327         Terrance Law v. Merck & Co., Inc.
AZ    2   06-2328         Patricia Sovacool, et al. v. Merck & Co., Inc.
AZ    2   06-2329         Jamal Daiza v. Merck & Co., Inc.
AZ    2   06-2330         Rose Soto, et al. v. Merck & Co., Inc.
AZ    4   06-505          Brenda Maley v. Merck & Co., Inc.
AZ    4   06-506          Mary Lou Amarillas, et al. v. Merck & Co., Inc.
AZ    4   06-507          Olivia L. Encinas, et al. v. Merck & Co., Inc.
AZ    4   06-508          Manuel Grajeda, et al. v. Merck & Co., Inc.
AZ    4   06-509          Richard A. Naas, et al. v. Merck & Co., Inc.

**CALIFORNIA CENTRAL**
CAC   2   06-6199         Bonita A. Garcia-Deleon, et al. v. Merck & Co., Inc.
CAC   2   06-6264         Mary Jackson, et al. v. Merck & Co., Inc.
CAC   5   06-1055         Linda Davis v. Merck & Co., Inc.

**CALIFORNIA EASTERN**
CAE   2   06-2177         Jordan Aqui v. Merck & Co., Inc.

**CALIFORNIA SOUTHERN**
CAS   3   06-2115         ~~Denise Radovan-Alfonso v. Merck & Co., Inc., et al.~~        Opposed 11/16/06
CAS   3   06-2116         ~~Francisco Silva v. Merck & Co., Inc., et al.~~              Opposed 11/16/06
CAS   3   06-2117         ~~Maria Santiago v. Merck & Co., Inc., et al.~~              Opposed 11/16/06
CAS   3   06-2118         ~~James Rhodes v. Merck & Co., Inc., et al.~~                Opposed 11/16/06
CAS   3   06-2119         ~~Mark Williams v. Merck & Co., Inc., et al.~~               Opposed 11/16/06
CAS   3   06-2120         ~~Vickie Brendel v. Merck & Co., Inc., et al.~~              Opposed 11/16/06
CAS   3   06-2121         ~~Perseveranda Smith v. Merck & Co., Inc., et al.~~          Opposed 11/16/06
CAS   3   06-2122         ~~Fred Black, Sr. v. Merck & Co., Inc., et al.~~             Opposed 11/16/06

SCHEDULE CTO-71 - TAG-ALONG ACTIONS (MDL-1657)

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| CAS   3   06-2123 | Jean Cardinal-McQuery v. Merck & Co., Inc., et al. | Opposed 11/16/06 |
| CAS   3   06-2124 | Bella Jacobs v. Merck & Co., Inc., et al. | Opposed 11/16/06 |
| CAS   3   06-2125 | Larry Valenti v. Merck & Co., Inc., et al. | Opposed 11/16/06 |
| CAS   3   06-2126 | Patricia Martinez v. Merck & Co., Inc., et al. | Opposed 11/16/06 |
| CAS   3   06-2127 | Patricia May Hilliard v. Merck & Co., Inc., et al. | Opposed 11/16/06 |
| CAS   3   06-2128 | Jan Schmidt v. Merck & Co., Inc., et al. | Opposed 11/16/06 |
| CAS   3   06-2129 | Steven Hampton v. Merck & Co., Inc., et al. | Opposed 11/16/06 |
| CAS   3   06-2130 | Jean McNeese v. Merck & Co., Inc., et al. | Opposed 11/16/06 |
| CAS   3   06-2131 | Dale Lloyd v. Merck & Co., Inc., et al. | Opposed 11/16/06 |
| CAS   3   06-2132 | Augustin Hernandez v. Merck & Co., Inc., et al. | Opposed 11/16/06 |
| CAS   3   06-2133 | Kenneth Lowry v. Merck & Co., Inc., et al. | Opposed 11/16/06 |
| CAS   3   06-2134 | Donna Hall v. Merck & Co., Inc., et al. | Opposed 11/16/06 |
| CAS   3   06-2135 | Jacqueline Lowry v. Merck & Co., Inc., et al. | Opposed 11/16/06 |
| CAS   3   06-2136 | Dolores Lloyd v. Merck & Co., Inc., et al. | Opposed 11/16/06 |
| CAS   3   06-2137 | Brian Coit v. Merck & Co., Inc., et al. | Opposed 11/16/06 |
| CAS   3   06-2138 | Juan Silva v. Merck & Co., Inc., et al. | Opposed 11/16/06 |
| CAS   3   06-2139 | Frances Bushong v. Merck & Co., Inc., et al. | Opposed 11/16/06 |
| CAS   3   06-2152 | Maria Osuna v. Merck & Co., Inc., et al. | Opposed 11/16/06 |
| CAS   3   06-2153 | Thomas Perfetto v. Merck & Co., Inc., et al. | Opposed 11/16/06 |
| CAS   3   06-2154 | Randy Valentine v. Merck & Co., Inc., et al. | Opposed 11/16/06 |
| CAS   3   06-2155 | Andres De Casas v. Merck & Co., Inc., et al. | Opposed 11/16/06 |
| CAS   3   06-2156 | Anna Combite v. Merck & Co., Inc., et al. | Opposed 11/16/06 |
| CAS   3   06-2157 | S. Anne Hamilton v. Merck & Co., Inc., et al. | Opposed 11/16/06 |
| CAS   3   06-2158 | Aloysius Kremer v. Merck & Co., Inc., et al. | Opposed 11/16/06 |
| CAS   3   06-2159 | Winifred Morris v. Merck & Co., Inc., et al. | Opposed 11/16/06 |
| CAS   3   06-2160 | Darnell Hudson v. Merck & Co., Inc., et al. | Opposed 11/16/06 |
| CAS   3   06-2161 | Viola Kremer v. Merck & Co., Inc., et al. | Opposed 11/16/06 |
| CAS   3   06-2163 | Marietta Orpilla v. Merck & Co., Inc., et al. | Opposed 11/16/06 |
| CAS   3   06-2164 | Joyce Perfetto v. Merck & Co., Inc., et al. | Opposed 11/16/06 |
| CAS   3   06-2165 | Amineh Younis v. Merck & Co., Inc., et al. | Opposed 11/16/06 |
| CAS   3   06-2166 | Ahmad Younis v. Merck & Co., Inc., et al. | Opposed 11/16/06 |

CONNECTICUT

| CT   3   06-1525 | David L. Levengood, et al. v. Merck & Co., Inc. |
|---|---|
| CT   3   06-1526 | Lynn Dyes, et al. v. Merck & Co., Inc. |

DISTRICT OF COLUMBIA

| DC   1   06-1660 | Marcus Rosenlehner, et al. v. Merck & Co., Inc. |
|---|---|

FLORIDA MIDDLE

| FLM   8   06-1806 | Louise M. Griffin, etc. v. Merck & Co., Inc., et al. | Opposed 11/16/06 |
|---|---|---|

FLORIDA SOUTHERN

| FLS   0   06-61450 | Cheryl D. Ailer, et al. v. Merck & Co., Inc. |
|---|---|
| FLS   0   06-61453 | Elizabeth Price v. Merck & Co., Inc. |
| FLS   0   06-61475 | Beverly Needleman, etc. v. Merck & Co., Inc. |
| FLS   1   06-22443 | Wellington Humes, etc. v. Merck & Co., Inc. |
| FLS   1   06-22444 | Saul Kapilivsky, etc. v. Merck & Co., Inc. |

GEORGIA NORTHERN

| GAN   1   06-2345 | Rudolph Posey v. Merck & Co., Inc. |
|---|---|
| GAN   1   06-2346 | Elmer G. Cleveland, et al. v. Merck & Co., Inc. |

HAWAII

| HI   1   06-543 | John R. McClelland, et al. v. Merck & Co., Inc., et al. | Opposed 11/14/06 |
|---|---|---|

SCHEDULE CTO-71 - TAG-ALONG ACTIONS  (MDL-1657)

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **IOWA SOUTHERN** | | |
| IAS   4  06-510 | Ronald Sowden, et al. v. Merck & Co., Inc. | |
| **ILLINOIS NORTHERN** | | |
| ILN   1  06-4906 | Janet M. Schierenbeck, et al. v. Merck & Co., Inc. | |
| **ILLINOIS SOUTHERN** | | |
| ~~ILS    3  06-760~~ | ~~Pat Young, etc. v. Merck & Co., Inc., et al.~~ | |
| ILS   3  06-767 | Sue Ann Archer, et al. v. Merck & Co., Inc. | Opposed 11/16/06 |
| **INDIANA SOUTHERN** | | |
| INS   1  06-1439 | Buddy Booth, et al. v. Merck & Co., Inc. | |
| INS   3  06-161 | Harriet T. Byrer, et al. v. Merck & Co., Inc. | |
| **KANSAS** | | |
| KS   2  06-2418 | Jeffry Brooks v. Merck & Co., Inc. | |
| KS   2  06-2419 | Carol Purcell v. Merck & Co., Inc. | |
| KS   6  06-1289 | Ransom Hall v. Merck & Co., Inc. | |
| **LOUISIANA WESTERN** | | |
| LAW  2  06-1690 | Leslie Malcolm Savoie v. Merck & Co., Inc. | |
| **MASSACHUSETTS** | | |
| MA   1  06-11760 | Daniel Czarnecki, etc. v. Merck & Co., Inc. | |
| **MARYLAND** | | |
| MD   8  06-2555 | Ruby Simons v. Merck & Co., Inc. | |
| **MINNESOTA** | | |
| MN   0  06-3888 | Lois Armstrong, et al. v. Merck & Co., Inc. | |
| MN   0  06-3889 | Dorothy Bartelle, et al. v. Merck & Co., Inc. | |
| MN   0  06-3890 | Ronald Dooley, et al. v. Merck & Co., Inc. | |
| MN   0  06-3893 | Andrew Goodwin, et al. v. Merck & Co., Inc. | |
| MN   0  06-3894 | Larry Jantzen, et al. v. Merck & Co., Inc. | |
| MN   0  06-3895 | Charlotte Keil, et al. v. Merck & Co., Inc. | |
| MN   0  06-3896 | Henry Kulas, et al. v. Merck & Co., Inc. | |
| MN   0  06-3897 | Marlon Lamb, et al. v. Merck & Co., Inc. | |
| MN   0  06-3898 | Mary Mardis v. Merck & Co., Inc. | |
| MN   0  06-3899 | Robert W. Montgomery, et al. v. Merck & Co., Inc. | |
| MN   0  06-3900 | Boris Buchak, et al. v. Merck & Co., Inc., et al. | |
| MN   0  06-4117 | Sylvia Brown, et al. v. Merck & Co., Inc., et al. | |
| **MISSOURI EASTERN** | | |
| ~~MOE   4  06-1435~~ | ~~Velva Trammel, et al. v. Merck & Co., Inc.~~ | Opposed 11/16/06 |
| **MISSOURI WESTERN** | | |
| MOW  4  06-849 | Joann Raveill, et al. v. Merck & Co., Inc. | |
| **MISSISSIPPI SOUTHERN** | | |
| MSS   3  06-543 | Robert L. Scott v. Merck & Co., Inc. | |
| MSS   5  06-131 | John D. Nix v. Merck & Co., Inc. | |

SCHEDULE CTO-71 - TAG-ALONG ACTIONS  (MDL-1657)                    Page 4 of 10

| DIST. DIV. C.A. # | | | CASE CAPTION |
|---|---|---|---|

**NORTH CAROLINA WESTERN**

| | | | |
|---|---|---|---|
| NCW | 1 | 06-318 | George W. Melton, et al. v. Merck & Co., Inc. |
| NCW | 3 | 06-406 | Thomas A. Sturdivant, et al. v. Merck & Co., Inc. |
| NCW | 3 | 06-407 | Mary M. Howard v. Merck & Co., Inc. |
| NCW | 3 | 06-408 | Suzanne M. Staton, et al. v. Merck & Co., Inc. |
| NCW | 5 | 06-126 | Hazel E. Hagler v. Merck & Co., Inc. |
| NCW | 5 | 06-127 | George C. Trivett, Jr., et al. v. Merck & Co., Inc. |

**NEBRASKA**

| | | | |
|---|---|---|---|
| NE | 4 | 06-3229 | David W. Bindel, et al. v. Merck & Co, Inc. |
| NE | 4 | 06-3230 | Ivan E. Taege, et al. v. Merck & Co., Inc. |
| NE | 4 | 06-3231 | Hans J. Kaiser, et al. v. Merck & Co., Inc. |
| NE | 4 | 06-3232 | Dee Anna Kaiser, et al. v. Merck & Co., Inc. |
| NE | 4 | 06-3233 | Lavern G. Bieker, et al. v. Merck & Co., Inc. |
| NE | 4 | 06-3234 | Oran J. Obering, et al. v. Merck & Co., Inc. |
| NE | 8 | 06-633 | Angela Stephens, etc. v. Merck & Co., Inc. |
| NE | 8 | 06-651 | Robert Reiling v. Merck & Co., Inc. |
| NE | 8 | 06-652 | Richard Marshall v. Merck & Co., Inc. |

**NEW JERSEY**

| | | | |
|---|---|---|---|
| NJ | 2 | 06-4553 | Denise Maki v. Merck & Co., Inc. |
| NJ | 2 | 06-4554 | Diane Dickelman v. Merck & Co., Inc. |
| NJ | 2 | 06-4561 | Thomas M. Stuckey v. Merck & Co., Inc. |
| NJ | 2 | 06-4650 | Brenda J. Bolden v. Merck & Co., Inc. |
| NJ | 3 | 06-4562 | Frances Alene Cabbell, et al. v. Merck & Co., Inc. |
| NJ | 3 | 06-4600 | Timothy Cox, et al. v. Merck & Co., Inc. |
| NJ | 3 | 06-4601 | Dianne Kimm, et al. v. Merck & Co., Inc. |
| NJ | 3 | 06-4602 | Tina Hanners, et al. v. Merck & Co., Inc. |
| NJ | 3 | 06-4603 | Robert Lee Garry, et al. v. Merck & Co., Inc. |
| NJ | 3 | 06-4604 | Meridith Gray, et al. v. Merck & Co., Inc. |
| NJ | 3 | 06-4605 | Vern Bronson, et al. v. Merck & Co., Inc. |
| NJ | 3 | 06-4606 | Bobby W. Myatt, et al. v. Merck & Co., Inc. |
| NJ | 3 | 06-4607 | Wilma Adair, et al. v. Merck & Co., Inc. |
| NJ | 3 | 06-4609 | Sherrill Grove, et al. v. Merck & Co., Inc. |
| NJ | 3 | 06-4611 | Donald Hertig, et al. v. Merck & Co., Inc. |
| NJ | 3 | 06-4613 | Oliver Skeet, et al. v. Merck & Co., Inc. |
| NJ | 3 | 06-4614 | Dana D'Zurella, et al. v. Merck & Co., Inc. |
| NJ | 3 | 06-4617 | Wanda Houtz, et al. v. Merck & Co., Inc. |
| NJ | 3 | 06-4618 | Gloria Davis, et al. v. Merck & Co., Inc. |
| NJ | 3 | 06-4643 | Melissa Clark, et al. v. Merck & Co., Inc. |
| NJ | 3 | 06-4644 | Dorothy Aus, et al. v. Merck & Co., Inc. |
| NJ | 3 | 06-4645 | Toby Traven, et al. v. Merck & Co., Inc. |
| NJ | 3 | 06-4647 | Joe Hayes, etc. v. Merck & Co., Inc. |
| NJ | 3 | 06-4649 | Beulah Martin, et al. v. Merck & Co., Inc. |
| NJ | 3 | 06-4651 | Judith Burton, et al. v. Merck & Co., Inc. |
| NJ | 3 | 06-4652 | Yaw Kra, et al. v. Merck & Co., Inc. |
| NJ | 3 | 06-4653 | Margie Acey, et al. v. Merck & Co., Inc. |
| NJ | 3 | 06-4654 | Iva Laws, et al. v. Merck & Co., Inc. |
| NJ | 3 | 06-4655 | Patricia Barrell, et al. v. Merck & Co., Inc. |
| NJ | 3 | 06-4658 | Charles Evans, et al. v. Merck & Co., Inc. |
| NJ | 3 | 06-4659 | Kaye Mangin, et al. v. Merck & Co., Inc. |
| NJ | 3 | 06-4660 | Alta Abston, et al. v. Merck & Co., Inc. |
| NJ | 3 | 06-4662 | Ruth Pannell McNeely, et al. v. Merck & Co., Inc. |
| NJ | 3 | 06-4688 | Raheela Shaffie, et al. v. Merck & Co., Inc. |
| NJ | 3 | 06-4691 | Rahnee Williams, etc. v. Merck & Co., Inc. |
| NJ | 3 | 06-4759 | Gary Fernandez v. Merck & Co., Inc. |

SCHEDULE CTO-71 - TAG-ALONG ACTIONS  (MDL-1657)                    Page 5 of 10

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **NEW YORK EASTERN** | | |
| NYE 2 06-5188 | Dennis King v. Merck & Co., Inc. | |
| | | |
| **NEW YORK SOUTHERN** | | |
| NYS 1 06-7735 | Mark R. Worthley, et al. v. Merck & Co., Inc. | |
| ~~NYS 1 06-7745~~ | ~~Elena Strujan v. Merck & Co., Inc.~~ | Opposed 11/9/06 |
| NYS 1 06-7843 | Skender Veli Doci, et al. v. Merck & Co., Inc. | |
| | | |
| **OHIO NORTHERN** | | |
| OHN 1 06-2286 | Bernardina DiChiro v. Merck & Co., Inc. | |
| OHN 1 06-2293 | William Phalen, et al. v. Merck & Co., Inc. | |
| OHN 1 06-2294 | Douglas Ryan, et al. v. Merck & Co., Inc. | |
| OHN 1 06-2296 | Eddie Walls v. Merck & Co., Inc. | |
| OHN 1 06-2297 | Clara Hatcher, et al. v. Merck & Co., Inc. | |
| OHN 1 06-2310 | Robert A. Sikon, et al. v. Merck & Co., Inc. | |
| OHN 1 06-2340 | Howard D. Mills, et al. v. Merck & Co., Inc. | |
| OHN 1 06-2350 | Carolyn Russ, etc. v. Merck & Co., Inc. | |
| OHN 1 06-2352 | Jack May v. Merck & Co., Inc. | |
| OHN 1 06-2354 | Marie Beegle, etc. v. Merck & Co., Inc. | |
| OHN 1 06-2358 | Antoinette Arcuri v. Merck & Co., Inc. | |
| OHN 1 06-2363 | Michael Pilarczyk v. Merck & Co., Inc. | |
| OHN 3 06-2372 | Jimmy H. Poindexter, et al. v. Merck & Co., Inc. | |
| OHN 4 06-2295 | Marcel Arnal, et al. v. Merck & Co., Inc. | |
| OHN 4 06-2300 | Lularene Everage, et al. v. Merck & Co., Inc. | |
| OHN 4 06-2301 | Robert J. Manley, etc. v. Merck & Co., Inc. | |
| OHN 5 06-2287 | Ruth J. Bond, etc. v. Merck & Co., Inc. | |
| OHN 5 06-2289 | Kenneth Hablitzel, et al. v. Merck & Co., Inc. | |
| OHN 5 06-2290 | Dwayne Nicholas, et al. v. Merck & Co., Inc. | |
| OHN 5 06-2292 | Jack Mitchell v. Merk & Co., Inc. | |
| OHN 5 06-2298 | Martha Bryant, et al. v. Merck & Co., Inc. | |
| OHN 5 06-2299 | Frances Welch v. Merck & Co., Inc. | |
| OHN 5 06-2351 | Kathryn Sporich, etc. v. Merck & Co., Inc. | |
| OHN 5 06-2353 | Howard Carder, etc. v. Merck & Co., Inc. | |
| | | |
| **OHIO SOUTHERN** | | |
| OHS 1 06-647 | Daniel P. McFarland, et al. v. Merck & Co., Inc. | |
| OHS 1 06-649 | Verna J. Williams v. Merck & Co., Inc. | |
| | | |
| **OKLAHOMA EASTERN** | | |
| OKE 6 06-388 | Thelma Cates v. Merck & Co., Inc., et al. | |
| OKE 6 06-393 | Carol J. Bullard, et al. v. Merck & Co., Inc. | |
| OKE 6 06-398 | Pamela Kay Fink v. Merck & Co., Inc., et al. | |
| OKE 6 06-399 | Tammy Finger v. Merck & Co., Inc. | |
| OKE 6 06-400 | Velma Hunter v. Merck & Co., Inc. | |
| OKE 6 06-401 | Susie Harjo v. Merck & Co., Inc. | |
| OKE 6 06-402 | Loy R. Bridges v. Merck & Co., Inc. | |
| OKE 6 06-403 | Lavonne Cogburn v. Merck & Co., Inc. | |
| OKE 6 06-405 | Donald Rosson v. Merck & Co., Inc. | |
| OKE 6 06-406 | Mary Gastineau v. Merck & Co., Inc. | |
| OKE 6 06-408 | Imogene Clift v. Merck & Co., Inc. | |
| OKE 6 06-409 | Arra Eveline Christian v. Merck & Co., Inc. | |
| OKE 6 06-410 | Kathleen A. Phelps v. Merck & Co., Inc. | |
| OKE 6 06-414 | Harold Arnold Pickard, Jr. v. Merck & Co., Inc. | |
| OKE 6 06-415 | John F. Jackson v. Merck & Co., Inc. | |

SCHEDULE CTO-71 - TAG-ALONG ACTIONS  (MDL-1657)                                    Page 6 of 10

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| OKE  6  06-416 | Melba Gibbins v. Merck & Co., Inc. | |
| OKE  6  06-417 | Louie Fritts v. Merck & Co., Inc. | |
| OKE  6  06-420 | Shirly Francis v. Merck & Co., Inc. | |
| OKE  6  06-421 | Marsha Norton v. Merck & Co., Inc. | |
| OKE  6  06-422 | John Faver v. Merck & Co., Inc. | |
| OKE  6  06-423 | Jimmy Hurst v. Merck & Co., Inc. | |
| OKE  6  06-424 | Janice Cole v. Merck & Co., Inc. | |
| OKE  6  06-426 | Bettye Enberg v. Merck & Co., Inc. | |
| OKE  6  06-427 | Pauline Engleman v. Merck & Co., Inc. | |
| OKE  6  06-428 | Ilene Enoch v. Merck & Co., Inc. | |
| OKE  6  06-429 | Alice Peppers v. Merck & Co., Inc. | |
| OKE  6  06-430 | Ruth Ross v. Merck & Co., Inc. | |
| OKE  6  06-431 | Deborah Taylor v. Merck & Co., Inc. | |

OKLAHOMA NORTHERN

| | | |
|---|---|---|
| OKN  4  06-514 | Patricia Armstrong, etc. v. Merck & Co., Inc. | |
| OKN  4  06-522 | Delores Tune v. Merck & Co., Inc. | |
| OKN  4  06-533 | Barbara R. Kupcha, etc. v. Merck & Co., Inc. | |
| OKN  4  06-534 | Hazel Hartz v. Merck & Co., Inc. | |
| OKN  4  06-535 | Gloria McCoin v. Merck & Co., Inc. | |
| OKN  4  06-536 | Virgil Grunden v. Merck & Co., Inc. | |
| OKN  4  06-544 | Bulinda J. Sherwood v. Merck & Co., Inc. | |
| OKN  4  06-548 | Mary Parker v. Merck & Co., Inc. | |
| OKN  4  06-549 | Shirley Stump v. Merck & Co., Inc. | |

OKLAHOMA WESTERN

| | | |
|---|---|---|
| OKW 5  06-1025 | Leon Wayne Hightower v. Merck & Co., Inc., et al. | |
| OKW 5  06-1026 | Jackie Gene Cathey v. Merck & Co., Inc. | |
| ~~OKW 5  06-1030~~ | ~~Stella Claypool v. Merck & Co., Inc., et al.~~ | Opposed 11/15/06 |
| OKW 5  06-1032 | Renee Collins v. Merck & Co., Inc., et al. | |
| OKW 5  06-1033 | Terry Lanham v. Merck & Co., Inc., et al. | |
| OKW 5  06-1034 | Janey Little v. Merck & Co., Inc., et al. | |
| OKW 5  06-1043 | Mary Burns v. Merck & Co., Inc. | |
| OKW 5  06-1044 | Pamela Hoang, etc. v. Merck & Co., Inc. | |
| OKW 5  06-1045 | Charlie Ridley, etc. v. Merck & Co., Inc. | |
| OKW 5  06-1049 | Jack Boucher, et al. v. Merck & Co., Inc. | |
| OKW 5  06-1053 | Koleta Scott, etc. v. Merck & Co., Inc. | |
| OKW 5  06-1054 | Marquitta Blaine, etc. v. Merck & Co., Inc. | |
| OKW 5  06-1060 | Mary Coonfield v. Merck & Co., Inc. | |
| OKW 5  06-1061 | Jody Elaine Elkins v. Merck & Co., Inc. | |
| OKW 5  06-1066 | Glen E. Gilley, et al. v. Merck & Co., Inc. | |
| OKW 5  06-1075 | Milton E. Fritts v. Merck & Co., Inc. | |
| OKW 5  06-1076 | Shirley Ann Ely v. Merck & Co.,  Inc. | |
| OKW 5  06-1086 | Barbara Jean Higdon v. Merck & Co., Inc. | |

PENNSYLVANIA EASTERN

| | | |
|---|---|---|
| PAE   2  06-4205 | Richard S. Boland, et al. v. Merck & Co., Inc., et al. | |
| PAE   2  06-4255 | James S. Jones, etc. v. Merck & Co., Inc., et al. | |
| PAE   2  06-4256 | Marjorie Roy, et al. v. Merck & Co., Inc. | |
| PAE   2  06-4257 | Martin Ralph Barrows, et al. v. Merck & Co., Inc., et al. | |
| PAE   2  06-4294 | LaDonna King v. Merck & Co., Inc. | |
| PAE   2  06-4313 | Bobby W. Walden, et al. v. Merck & Co., Inc., et al. | |
| PAE   2  06-4356 | Hervie Martin v. Merck & Co., Inc., et al. | |

SCHEDULE CTO-71 - TAG-ALONG ACTIONS (MDL-1657)

| DIST. DIV. C.A. # | | | CASE CAPTION | |
|---|---|---|---|---|

**SOUTH DAKOTA**

| SD | 1 | 06-1030 | Travis J. Sitter, et al. v. Merck & Co., Inc. | |
| SD | 1 | 06-1031 | B. Gail Thompson v. Merck & Co., Inc. | |
| SD | 1 | 06-1032 | Lotus Blechinger v. Merck & Co., Inc. | |
| SD | 1 | 06-1033 | Danny Collins v. Merck & Co., Inc. | |
| SD | 1 | 06-1034 | Lila Doud v. Merck & Co., Inc. | |
| SD | 1 | 06-1035 | Joyce Lund v. Merck & Co., Inc. | |
| SD | 1 | 06-1036 | Virginia Erickson v. Merck & Co., Inc. | |
| SD | 1 | 06-1037 | LaVonne Ness v. Merck & Co., Inc. | |

**TEXAS EASTERN**

| TXE | 2 | 06-386 | Oralia F. Alaniz, et al. v. Merck & Co., Inc. | |
| TXE | 2 | 06-403 | Gay Nell Aaron, et al. v. Merck & Co., Inc. | |
| TXE | 2 | 06-406 | Addie B. Lee v. Merck & Co., Inc. | |
| TXE | 2 | 06-410 | Dan Jocoy v. Merck & Co., Inc. | |
| TXE | 2 | 06-411 | Ronald Ivey v. Merck & Co., Inc. | |
| TXE | 2 | 06-412 | Billy Helms v. Merck & Co., Inc. | |
| TXE | 2 | 06-413 | Willie McCleveland v. Merck & Co., Inc. | |
| TXE | 2 | 06-414 | Barbara Trim, etc. v. Merck & Co., Inc. | |
| TXE | 2 | 06-415 | Marjorie Walker v. Merck & Co., Inc. | |
| TXE | 2 | 06-416 | Lisa Webb v. Merck & Co., Inc. | |
| TXE | 4 | 06-402 | Brenda Mills, et al. v. Merck & Co., Inc. | |
| TXE | 6 | 06-411 | Lois Ramsey, etc. v. Merck & Co., Inc. | |

**TEXAS NORTHERN**

| ~~TXN~~ | ~~3~~ | ~~06-1748~~ | ~~Rose Fogiel v. Merck & Co., Inc., et al.~~ | Opposed 11/15/06 |
| TXN | 3 | 06-1765 | Billie Jean Jenkins v. Merck & Co., Inc. | |
| TXN | 4 | 06-612 | Sondra S. Light, etc. v. Merck & Co., Inc. | |

**TEXAS SOUTHERN**

| ~~TXS~~ | ~~1~~ | ~~06-150~~ | ~~Dominga R. Castro v. Merck & Co., Inc., et al.~~ | Opposed 11/15/06 |
| ~~TXS~~ | ~~1~~ | ~~06-151~~ | ~~Patricia Hernandez v. Merck & Co., Inc., et al.~~ | Opposed 11/15/06 |
| ~~TXS~~ | ~~1~~ | ~~06-152~~ | ~~Olivia Robinson v. Merck & Co., Inc., et al.~~ | Opposed 11/15/06 |
| TXS | 1 | 06-161 | Antonio R. Saavedra v. Merck & Co., Inc., et al. | |
| ~~TXS~~ | ~~1~~ | ~~06-163~~ | ~~Gwendolyn Ann Herron, et al. v. Merck & Co., Inc., et al.~~ | Opposed 11/15/06 |
| ~~TXS~~ | ~~2~~ | ~~06-424~~ | ~~Lucia Gonzalez v. Merck & Co., Inc., et al.~~ | Opposed 11/15/06 |
| ~~TXS~~ | ~~2~~ | ~~06-427~~ | ~~Minerva H. Rosas v. Merck & Co., Inc., et al.~~ | Opposed 11/15/06 |
| TXS | 2 | 06-429 | Janie M. Castro, et al. v. Merck & Co., Inc. | |
| TXS | 2 | 06-430 | Mary C. Valenzuela, et al. v. Merck & Co., Inc. | |
| TXS | 2 | 06-431 | Nancy Kohn, et al. v. Merck & Co., Inc. | |
| TXS | 2 | 06-439 | Violanda Rios v. Merck & Co., Inc., et al. | |
| TXS | 3 | 06-605 | Dominick Valenti v. Merck & Co., Inc., et al. | |
| TXS | 3 | 06-616 | Ronald Baker, et al. v. Merck & Co., Inc. | |
| TXS | 3 | 06-621 | Betty N. Derouen v. Merck & Co., Inc. | |
| TXS | 4 | 06-3071 | Rosie Padgett v. Merck & Co., Inc. | |
| TXS | 4 | 06-3077 | James Reece, et al. v. Merck & Co., Inc. | |
| TXS | 4 | 06-3090 | Donald R. Preuninger, et al. v. Merck & Co., Inc. | |
| ~~TXS~~ | ~~7~~ | ~~06-261~~ | ~~Estela Guerra, et al. v. Merck & Co., Inc., et al.~~ | Opposed 11/15/06 |
| ~~TXS~~ | ~~7~~ | ~~06-262~~ | ~~Cristina Hernandez Mendoza v. Merck & Co., Inc., et al.~~ | Opposed 11/15/06 |
| TXS | 7 | 06-265 | Oralia Castillo, et al. v. Merck & Co., Inc. | |
| TXS | 7 | 06-266 | Tiodora Gonzalez, et al. v. Merck & Co., Inc. | |
| TXS | 7 | 06-267 | Elida Acevedo v. Merck & Co., Inc. | |
| ~~TXS~~ | ~~7~~ | ~~06-268~~ | ~~Maria Del Carmen Ramirez, et al. v. Merck & Co., Inc.~~ | Opposed 11/15/06 |
| ~~TXS~~ | ~~7~~ | ~~06-269~~ | ~~Hortencia Rosalez v. Amerisource, Inc., et al.~~ | Opposed 11/15/06 |
| TXS | 7 | 06-270 | Ofelia Mejia Campos v. Merck & Co., Inc. | |
| ~~TXS~~ | ~~7~~ | ~~06-278~~ | ~~Maria Gonzalez de Ramirez v. Merck & Co., Inc., et al.~~ | Opposed 11/15/06 |
| ~~TXS~~ | ~~7~~ | ~~06-279~~ | ~~Martha B. Torres v. Merck & Co., Inc., et al.~~ | Opposed 11/15/06 |

SCHEDULE CTO-71 - TAG-ALONG ACTIONS  (MDL-1657)                              Page 8 of 10

**DIST. DIV. C.A. #**                    **CASE CAPTION**

TEXAS WESTERN
~~TXW   1   06-748~~                     ~~Ronnie D. Fox, etc. v. Merck & Co., Inc.~~            Opposed 11/15/06
~~TXW   1   06-749~~                     ~~Barbara J. Baxter v. Merck & Co., Inc., et al.~~      Opposed 11/15/06
~~TXW   1   06-771~~                     ~~Katherine Arney, et al. v. Merck & Co., Inc., et al.~~ Opposed 11/15/06
~~TXW   1   06-772~~                     ~~Eddie Roy Tealer v. Merck & Co., Inc., et al.~~       Opposed 11/15/06
~~TXW   1   06-773~~                     ~~Alice Labaj v. Merck & Co., Inc., et al.~~            Opposed 11/15/06
TXW   1   06-774                         Peggy Sue Fetterly, et al. v. Merck & Co., Inc.
TXW   1   06-775                         James Greer, et al. v. Merck & Co., Inc.
TXW   1   06-776                         Farahnaz Mojallali, et al. v. Merck & Co., Inc.
~~TXW   1   06-779~~                     ~~Ramona Wright v. Merck & Co., Inc., et al.~~          Opposed 11/15/06
~~TXW   1   06-786~~                     ~~Jesus Avila v. Merck & Co., Inc.~~                    Opposed 11/15/06
~~TXW   1   06-805~~                     ~~Jonna Murchison v. Merck & Co., Inc., et al.~~        Opposed 11/15/06
~~TXW   1   06-806~~                     ~~Brian G. Thompson v. Merck & Co., Inc., et al.~~      Opposed 11/15/06
TXW   5   06-837                         Hope Gonzales, et al. v. Merck & Co., Inc.

UTAH
UT    1   06-121                         Leonard S. Robb, et al. v. Merck & Co., Inc.
UT    1   06-122                         Colleen Johnson, et al. v. Merck & Co., Inc.
UT    2   06-817                         Carolyn Burk v. Merck & Co., Inc.
UT    2   06-819                         Shirley Vanicsek v. Merck & Co., Inc.
UT    2   06-821                         Amarjit Bhatia, et al. v. Merck & Co., Inc.
UT    2   06-824                         Todd Urry Harris v. Merck & Co., Inc.
UT    2   06-825                         Delores Jones, et al. v. Merck & Co., Inc.
UT    2   06-830                         Patricia Bates, etc. v. Merck & Co., Inc.
UT    2   06-858                         Dick Ingram v. Merck & Co., Inc.

VIRGINIA EASTERN
VAE   1   06-1103                        Shirley Roberson v. Merck & Co., Inc.
VAE   1   06-1106                        Hercharan K. Sethi, etc. v. Merck & Co., Inc.
VAE   1   06-1108                        William Brochu v. Merck & Co., Inc.

VIRGINIA WESTERN
VAW   1   06-98                          Robin Lee Thompson v. Merck & Co., Inc.
VAW   1   06-99                          Dorris Haynes, et al. v. Merck & Co., Inc.
VAW   5   06-85                          Cheryl S. Goodyear, etc. v. Merck & Co., Inc.
VAW   7   06-585                         Marsha Ogburn v. Merck & Co., Inc.

WASHINGTON EASTERN
WAE   2   06-282                         John Steward, et al. v. Merck & Co., Inc.

WEST VIRGINIA NORTHERN
WVN   1   06-144                         Marvin E. Marsh, et al. v. Merck & Co., Inc.
WVN   1   06-146                         Shirley L. Butcher v. Merck & Co., Inc.
WVN   2   06-95                          Roger Tingler, et al. v. Merck & Co., Inc.

WEST VIRGINIA SOUTHERN
WVS   1   06-754                         Kenneth D. Trent v. Merck & Co., Inc.
WVS   1   06-755                         Lillie F. Nichols v. Merck & Co., Inc.
WVS   1   06-756                         Stella Louise Waddell v. Merck & Co., Inc.
WVS   1   06-757                         Ulysess Grant Perdue v. Merck & Co., Inc.
WVS   2   06-741                         Loretta Jones, etc. v. Merck & Co., Inc.
WVS   2   06-742                         Larry Lee Bays, Sr., et al. v. Merck & Co., Inc.
WVS   2   06-743                         Tammy Rae Combs, etc. v. Merck & Co., Inc.
WVS   2   06-767                         Gary Neff v. Merck & Co., Inc.

SCHEDULE CTO-71 - TAG-ALONG ACTIONS  (MDL-1657)                    Page 9 of 10

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| WVS  2  06-768 | Cynthia Parker v. Merck & Co., Inc. |
| WVS  2  06-769 | Glen Rasnick, Jr. v. Merck & Co., Inc. |
| WVS  2  06-770 | Paul Pierson v. Merck & Co., Inc. |
| WVS  2  06-771 | Barbara Piper v. Merck & Co., Inc. |
| WVS  2  06-772 | Donna Hunt v. Merck & Co., Inc. |
| WVS  2  06-773 | Clarence Miller v. Merck & Co., Inc. |
| WVS  2  06-774 | Paul Richardson v. Merck & Co., Inc. |
| WVS  2  06-775 | Benjamin Johnson v. Merck & Co., Inc. |
| WVS  2  06-776 | John Jones v. Merck & Co., Inc. |
| WVS  2  06-777 | Shirley Dement v. Merck & Co., Inc. |
| WVS  2  06-778 | Carl Kelley, Jr. v. Merck & Co., Inc. |
| WVS  2  06-779 | Joseph Barker v. Merck & Co., Inc. |
| WVS  2  06-780 | Carl Allen v. Merck & Co., Inc. |
| WVS  2  06-781 | Ralph Randolph v. Merck & Co., Inc. |
| WVS  2  06-782 | Luther Roton v. Merck & Co., Inc. |
| WVS  2  06-783 | Larry Menninger v. Merck & Co., Inc. |
| WVS  2  06-784 | Maggie Maynard v. Merck & Co., Inc. |
| WVS  2  06-785 | Patricia Scott v. Merck & Co., Inc. |
| WVS  2  06-786 | Debra Nida, etc. v. Merck & Co., Inc. |
| WVS  2  06-787 | Hersey Osborne v. Merck & Co., Inc. |
| WVS  2  06-788 | Lester Smith v. Merck & Co., Inc. |
| WVS  2  06-789 | Laura Lykins-Stanley v. Merck & Co., Inc. |
| WVS  2  06-790 | Eva Wells v. Merck & Co., Inc. |
| WVS  2  06-791 | Eveyn Wilson v. Merck & Co., Inc. |
| WVS  2  06-792 | Janet Saunders v. Merck & Co., Inc. |
| WVS  2  06-793 | Kelli Hall, etc. v. Merck & Co., Inc. |
| WVS  2  06-794 | Christine Howard v. Merck & Co., Inc. |
| WVS  2  06-795 | Barbara Cottrell v. Merck & Co., Inc. |
| WVS  2  06-796 | Kenneth Jarvis v. Merck & Co., Inc. |
| WVS  2  06-797 | Ellen Hudson v. Merck & Co., Inc. |
| WVS  2  06-798 | Watiman Davis v. Merck & Co., Inc. |
| WVS  2  06-799 | Okey Wiley, etc. v. Merck & Co., Inc. |
| WVS  2  06-800 | Shawn Engle v. Merck & Co., Inc. |
| WVS  2  06-801 | Billy Cook v. Merck & Co., Inc. |
| WVS  2  06-802 | Michael Coughenour v. Merck & Co., Inc. |
| WVS  2  06-803 | Thomas Thompson v. Merck & Co., Inc. |
| WVS  2  06-804 | James Reedy v. Merck & Co., Inc. |
| WVS  2  06-805 | Frances Daniels v. Merck & Co., Inc. |
| WVS  2  06-806 | Thomas Drawdy, Sr. v. Merck & Co., Inc. |
| WVS  2  06-807 | Mamie Rall v. Merck & Co., Inc. |
| WVS  2  06-808 | Roger Barker v. Merck & Co., Inc. |
| WVS  2  06-809 | Darrell Barnette v. Merck & Co., Inc. |
| WVS  2  06-810 | Donnie Canterbury v. Merck & Co., Inc. |
| WVS  2  06-811 | Dennis Cook v. Merck & Co., Inc. |
| WVS  2  06-812 | Arlene Cooke v. Merck & Co., Inc. |
| WVS  2  06-813 | Paul Hudgins v. Merck & Co., Inc. |
| WVS  2  06-814 | Addie May v. Merck & Co., Inc. |
| WVS  2  06-815 | Lorene Baldwin v. Merck & Co., Inc. |
| WVS  2  06-816 | Rosaline Barber v. Merck & Co., Inc. |
| WVS  3  06-817 | Otis Hively v. Merck & Co., Inc. |
| WVS  3  06-818 | Donna Wright v. Merck & Co., Inc. |
| WVS  3  06-819 | Cassandra Byrd v. Merck & Co., Inc., et al. |
| WVS  3  06-820 | Sherry Bailey v. Merck & Co., Inc. |
| WVS  3  06-821 | Mary Neal v. Merck & Co., Inc. |

SCHEDULE CTO-71 - TAG-ALONG ACTIONS  (MDL-1657)                          Page 10 of 10

| DIST. DIV. C.A. # | | | CASE CAPTION |
|---|---|---|---|
| WVS | 3 | 06-822 | Clarence Stroud v. Merck & Co., Inc. |
| WVS | 3 | 06-823 | Laura Childs v. Merck & Co., Inc. |
| WVS | 3 | 06-824 | Patrick Cummings v. Merck & Co., Inc. |
| WVS | 3 | 06-825 | Robert Hatfield v. Merck & Co. Inc. |
| WVS | 3 | 06-826 | Betty Bell v. Merck & Co., Inc. |
| WVS | 3 | 06-827 | Mose Block v. Merck & Co., Inc. |
| WVS | 3 | 06-843 | Charles M. Petro, et al. v. Merck & Co., Inc. |
| WVS | 5 | 06-751 | Walter Herman Taylor, et al. v. Merck & Co., Inc. |
| WVS | 5 | 06-752 | Janice O. Gunnoe, et al. v. Merck & Co., Inc. |
| WVS | 5 | 06-762 | Larry Cline v. Merck & Co., Inc. |
| WVS | 5 | 06-828 | Susan Canterbury v. Merck & Co., Inc. |
| WVS | 5 | 06-829 | John Dickens v. Merck & Co., Inc. |
| WVS | 5 | 06-830 | Gloria Duncan v. Merck & Co., Inc. |
| WVS | 5 | 06-831 | Nellie Redden v. Merck & Co., Inc. |
| WVS | 5 | 06-832 | Desiree McEachern v. Merck & Co., Inc. |
| WVS | 5 | 06-833 | Martin Sargent v. Merck & Co., Inc. |
| WVS | 5 | 06-834 | Patricia Rivers v. Merck & Co., Inc. |
| WVS | 5 | 06-835 | Norman Kelly v. Merck & Co., Inc. |
| WVS | 5 | 06-836 | Thomas Cooper v. Merck & Co., Inc. |
| WVS | 5 | 06-837 | Fredrieck Carter, Sr. v. Merck & Co., Inc. |
| WVS | 5 | 06-838 | Olivia Burger v. Merck & Co., Inc. |
| WVS | 6 | 06-839 | Sandra Welch v. Merck & Co., Inc. |
| WVS | 6 | 06-840 | Rodney Dailey v. Merck & Co., Inc. |
| WVS | 6 | 06-841 | Mikyl Hines v. Merck & Co., Inc. |

# INVOLVED COUNSEL LIST (CTO-71)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

F. Wendell Allen
Bradley Arant Rose & White
P. O. Box 830709
Birmingham, AL 35283-0709

Kenneth Ricky Alvis
Alvis & Willingham, LLP
1400 Urban Center Drive
Suite 475
Birmingham, AL 35242

Diane Elizabeth Aqui
Jordan Leonard & Aqui
1612 Fourth Street
Santa Rosa, CA 95404

Robert F. Arentz
Phillips & Associates
3030 North Third Street
Suite 1100
Phoenix, AZ 85012

Kurt Brynilde Arnold
Arnold & Itkin, LLP
700 Louisiana Street
Suite 4700
Houston, TX 77002

Erik T. Atkisson
Reed Smith, LLP
Two Embarcadero Center
Suite 2000
P.O. Box 7936
San Francisco, CA 94120

Lee B. Balefsky
Kline & Specter
1525 Locust Street
19th Floor
Philadelphia, PA 19102

Brian K. Balser
Law Offices of Brian K. Balser
5311 Meadow Lane Court, Suite 1
Elyria, OH 44035

Daniel E. Barenbaum
Lieff, Cabraser, Heimann
& Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Kevin F. Berry
Cozen O'Connor
The Atrium
Third Floor
1900 Market Street
Philadelphia, PA 19103

Edward Blackmon, Jr.
Blackmon & Blackmon Law Firm
P. O. Box 105
Canton, MS 39046-0105

Edward F. Blizzard
Bailey, Blizzard, Salim & Fibich, LLP
The Lyric Centre Bldg.
Suite 1710
440 Louisiana Street
Houston, TX 77002-1689

Robert Bradley Bolles
R. Brad Bolles, PC
107 West Main
Ardmore, OK 73401

E. Ed Bonzie
Chandler & Bonzie
8201 South Walker Avenue
Suite C
Oklahoma City, OK 73139-9401

Steven J. Boranian
Reed Smith, LLP
Two Embarcadero Center
Suite 2000
P.O. Box 7936
San Francisco, CA 94111

Michael K. Brown
Reed Smith, LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514

Terry Bryant
Terry Bryant, L.L.P.
West Memorial Office Park
8584 Katy Freeway
Suite 100
Houston, TX 77024-1808

Brandon L. Buchanan
McAfee & Taft
211 North Robinson Avenue
Two Leadership Square
10th Floor
Oklahoma City, OK 73102-7103

David Casso
Flores, Casso & Pettitt
321 South 12th Street
P.O. Box 2128
McAllen, TX 78505-2128

Gary Yunchian Chen
Reed Smith, LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071

Dawn M. Chmielewski
Climaco, Lefkowitz, Peco, Wilcox
& Garfoli
1228 Euclid Avenue
Suite 900
Cleveland, OH 44115

Amanda M. Cialkowski
Halleland, Lewis, Nilan & Johnson, P.A.
220 South 6th Street, Suite 600
Minneapolis, MN 55402

Thomas Mathew Corea
Corea Firm, PLLC
The Republic Center
325 North St. Paul Street
Suite 4150
Dallas, TX 75201

Kanika D. Corley
Morris, Polich & Purdy, LLP
1055 West 7th Street, Suite 2400
Los Angeles, CA 90017

Frank Costilla
Costilla & Stapleton
5 East Elizabeth Street
Brownsville, TX 78520

Philomena M. Dane
Squire, Sanders & Dempsey, L.L.P.
41 South High Street, Suite 1300
Columbus, OH 43215

INVOLVED COUNSEL LIST (CTO-71) MDL-1657

Grant L. Davis
Davis, Bethune & Jones, LLC
1100 Main Street, Suite 2930
P.O. Box 26250
Kansas City, MO 64196

Neal A. DeYoung
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue
P.O. Box 1661
Bridgeport, CT 06604

Charles A. Deacon
Fulbright & Jaworski, L.L.P.
300 Convent Street, Suite 2200
San Antonio, TX 78205-3792

Jill Marie Dennis
Hunton & Williams, LLP
1751 Pinnacle Drive, Suite 1700
McLean, VA 22102

Nicholas A. DiCello
Spangenbert, Shibley & Liber, LLP
2400 National City Center
1900 East 9th Street
Cleveland, OH 44114

Gary A. Eaton
Eaton & Sparks
1717 East 15th Street
Tulsa, OK 74104

Donald S. Edgar
Donald S. Edgar Law Office
408 College Avenue
Santa Rosa, CA 95401

Mark L. Edwards
Edward Law Firm
P.O. Box 1066
McAlester, OK 74502

Tony W. Edwards
Edwards Law Firm
P.O. Box 1066
McAlester, OK 74502

Elizabeth A. Ellis
Cory, Watson, Crowder
& DeGaris, PC
2131 Magnolia Avenue, Suite 200
P.O. Box 55927
Birmingham, AL 35205-5972

Jose Escobedo, Jr.
Hockema, Tippit & Escobedo, L.L.P.
P.O. Box 720540
McAllen, TX 78502

Timothy L. Eves
Law Office of Timothy L. Eves
P.O. Box 1291
Huntington, WV 25714

Stephen W. Farr
Farr Kaufman Sullivan Jensen
Medsker, et al.
205 26th Street, Suite 34
Ogden, UT 84401

James Ben Feinman
James B. Feinman & Associates
P.O. Box 697
Lynchburg, VA 24505

Robert J. Fensersheib
Law Offices of Robert J. Fensersheib
& Assoc.
520 West Hallandale Beach Blvd.
Hallendale, FL 33009-5307

James B. Finley
Finley & Buckley
2931 North Druid Hills Road
Suite C
Atlanta, GA 30329

Lowell W. Finson
Phillips & Associates
3030 North Third Street, Suite 1100
Phoenix, AZ 85012

Edward D. Fitzhugh
Law Office of Edward D. Fitzhugh
P.O. Box 24338
Tempe, AZ 85285-4238

Albert C. Flanders
Pollack & Flanders
50 Congress Street, Suite 430
Boston, MA 02109

G. Steven Fleschner
Fleschner, Stark, Tanoos & Newlin
201 Ohio Street
Terre Haute, IN 47807

Freddie Fletcher
Law Offices of Freddie Fletcher
2901 West Beverly Blvd.
Number 703
Los Angeles, CA 90057

Leonard V. Fodera
Silverman & Fodera
1835 Market Street
Eleven Penn Center, Suite 2600
Philadelphia, PA 19103-2968

James P. Frickleton
Bartimus, Frickleton, Robertson
& Gorny, P.C.
11150 Overbrook Drive, Suite 200
Leawood, KS 66211

Daniel H. Friedman
Friedman Law Offices
3800 Normal Blvd., Suite 200
Lincoln, NE 68506

Anthony Gallucci
Kelley & Ferraro, LLP
1300 East Ninth Street
Suite 1901
Cleveland, OH 44114

Blanca P. Galo
Fulbright & Jaworski, L.L.P.
300 Convent Street
Suite 2200
San Antonio, TX 78205-3792

Joseph S. Gatlin, III
1501 Lakeland Drive
Suite 331
Jackson, MS 39216

Jeffrey Thomas Gaughan
Baggett, McCall, Burgess & Watson
P.O. Drawer 7820
3006 Country Club Road
Lake Charles, LA 70606-7820

Glen E. Gilley
C/O Bryant Nursing Center
1100 East 9th Street
Edmond, OK 73034

Josh Gilley
2805 Huntleigh Drive
Oklahoma City, OK 73120

Brian J. Glick
Glick Law Firm
200 West Palmetto Park Road
Suite 301
Boca Raton, FL 33432

Brian A. Goldstein
Barnes Firm, P.C.
17 Court Street
7th Floor
Buffalo, NY 14202-3290

Vincent Gonzalez, III
1548 Dove
McAllen, TX 78501

INVOLVED COUNSEL LIST (CTO-71) MDL-1657

Kirk J. Goza
Goza & Honnold, LLC
11150 Overbrook Road
Suite 250
Leawood, KS 66211

Anne E. Grigg
Fulbright & Jaworski, L.L.P.
600 Congress Avenue
Suite 2400
Austin, TX 78701-2011

Marco K. Guerrero
Jacks Law Firm
1205 Rio Grande Street
Austin, TX 78701

Steven D. Hamilton
Hamilton Law Firm
606 Ontario Street
P.O. Box 188
Storm Lake, IA 50588

Amy N. Hanson
Keller Rohrback, L.L.P.
1201 Third Avenue
Suite 3200
Seattle, WA 98101-3052

Kevin Michael Hara
Reed Smith, LLP
1999 Harrison Street
P.O. Box 2084
Oakland, CA 94604-2084

Jonathan A. Hardage
Bradley Arant Rose & White
200 Clinton Avenue
Suite 900
Huntsville, AL 35801

John D. Hart
Law Offices of John David Hart
1720 First City Bank Tower
201 Main Street
Fort Worth, TX 76102

Walter D. Haskins
Atkinson, Haskins, et al.
525 South Main Street
Suite 1500
Tulsa, OK 74103-4524

Bryan S. Hatch
Stinson Morrison Hecker, LLP
1299 Farnam Street
Suite 1501
Omaha, NE 68102

Edward B. Havas
Dewsnup, King & Olsen
36 South State Street, Suite 2020
Salt Lake City, UT 84111

Vilia B. Hayes
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Jay H. Henderson
Cruse Scott Henderson & Allen, LLP
2777 Allen Parkway, 7th Floor
Houston, TX 77019-2133

Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

Daniel Allen Hossley
Hossley & Embry
313 East Charnwood Street
Tyler, TX 75701

Glen D. Huff
Foliart, Huff, Ottaway & Bottom
The Bank of Oklahoma Plaza, 12th Flr
201 Robert S. Kerr Avenue
Oklahoma City, OK 73102

Robert A. Huffaker, Jr.
Rushton, Stakely, Johnston
& Garrett, PA
P.O. Box 270
Montgomery, AL 36101

Andrew Burns Johnson
Bradley, Arant, Rose & White
One Federal Place
1819 Fifth Avenue North
P.O. Box 830709
Birmingham, AL 35203-2119

Bryce Johnson
Bryce Johnson & Associates
105 N Hudson Avenue, Suite 100
Oklahoma City, OK 73102

S. Austin Johnson
Johnson Law Firm
345-B East University Parkway
Orem, UT 84058

Richard L. Josephson
Baker Botts LLP
One Shell Plaza
910 Louisana Street, Suite 3000
Houston, TX 77002-9934

Cindy J. Kiblinger
James F. Humphreys & Associates, LC
800 United Center
500 Virginia Street, East
Charleston, WV 25301

John H. Kim
Kim Law Firm
Two Shell Plaza, Suite 2500
777 Walker Street
Houston, TX 77002-5322

Norman C. Kleinberg
Hughes, Hubbard Law Firm
One Battery Park Plaza
12th Floor
New York, NY 10004-1482

Paul H. LaValle
Paul Houston LaValle & Associates
2501 Palmer Highway, Suite 112
Houston, TX 77590-3073

Archie C. Lamb, Jr.
Lamb Law Firm
2017 Second Avenue North
Suite 200
P.O. Box 2088
Birmingham, AL 35203

Kristine Larsen
Ray, Quinney & Nebeker
36 South State Street
Suite 1400
P.O. Box 45385
Salt Lake City, UT 84145-0385

Bruce A. Larson
Law Offices of Ian L. Mattoch
586 Kanoelehua Avenue
Suite 200
Hilo, HI 96720

Gregory M. Lederer
Simmons, Perrine, Albright & Ellwood
115 Third Street, SE
Suite 1200
Cedar Rapids, IA 52401-1266

Michael A. London
Douglas & London, P.C.
111 John Street, 14th Floor
New York, NY 10038

Jeffrey J. Lowe
Jeffrey J. Lowe, PC
8235 Forsyth Boulevard
Suite 1100
St. Louis, MO 63105

INVOLVED COUNSEL LIST (CTO-71) MDL-1657

Page 4 of 6

Gerry Lowry
Fulbright & Jaworski, L.L.P.
1301 McKinney Street
Suite 5100
Houston, TX 77010-3095

Phillip E. Lowry
Howard, Lewis & Petersen
120 E. 300 N.
P.O. Box 1248
Provo, UT 84603

Michael L. Luce
Davenport, Evans, Hurwitz
& Smith, L.L.P.
P.O. Box 1030
206 West 14th Street
Sioux Falls, SD 57101-1030

Stacey Lynn Luedtke
Lewis & Roca, LLP
40 N. Central Ave
Phoenix, AZ 85004-4429

Gregg W. Luther
Behlen Bentwood & Luther
116 E Sheridan Avenue
Suite 107
Oklahoma City, OK 73104

Maryanne Lyons
Baker Botts LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Brian J. Madden
Wagstaff & Cartmell, LLP
4740 Grand Avenue
Suite 300
Kansas City, MO 64112

Alissa J. Magenheim
O'Connor, Acciani & Levy
2200 Kroger Building
1014 Vine Street
Cincinnati, OH 45202

Stephen E. Marshall
Venable, LLP
Two Hopkins Plaza
Suite 1800
Baltimore, MD 21201

Stephen D. Martin
Nelson, Mullins, Riley & Scarborough
GlenLake One
4140 Parklake Avenue, Suite 200
Raleigh, NC 27612

Ramona Martinez
Cowles & Thompson, P.C.
901 Main Street, Suite 4000
Dallas, TX 75202-3793

Timothy D. Maxcey
Stipe Harper Laizure Uselton
Belote, et al.
P.O. Box 1369
McAlester, OK 74502

Andrea L. McDonald-Hicks
Reed Smith, LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-2084

Patricia M. Meisenheimer
Bracken & Margolin
One Suffolk Square, Suite 300
Islandia, NY 11722

Christopher R. Miller
Humphrey, Farrington
& McClain, P.C.
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO 64050

Michael J. Miller
Miller & Associates
105 North Alfred Street
Alexandria, VA 22314-3010

Nancy A. Mismash
Robert J. Debry & Associates
4252 South 700 East
Salt Lake City, UT 84107

Jack H. Modesett, III
Law Offices of Jack Modesett, III
500 North Water Street, Suite 1200
Corpus Christi, TX 78471

Christopher A. Moeller
Price, Waicukauski & Riley, LLC
The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN 46204

Douglas C. Monsour
Monsour Law Firm
211 North Center Street
Longview, TX 75601

Serena C. Montague
Begam, Lewis, Marks, Wolfe
& Dasse, P.A.
111 West Monroe, Suite 1400
Phoenix, AZ 85003

Michael L. Myers
Myers & Perfater
P.O. Box 2631
Charleston, WV 25329-2631

Brett E. Nelson
Plews, Shadley, Racher & Braun
1346 North Delaware Street
Indianapolis, IN 46202-2415

Edward M. O'Connell, Jr.
Buechner Haffer & O'Connell
105 E 4th Street
Suite 300
Cincinnati, OH 45202

Jami S. Oliver
Oliver Law Offices
471 East Broad Street
Suite 1303
Columbus, OH 43215

Brian L. Olson
Gallian, Wilcox, Welker & Olson
59 South 100 East
St. George, UT 84770

Tony Owens
Law Offices of Tony Owens
P.O. Box 1599
Fort Worth, TX 76101

Kenneth Patterson
Patterson & Wagner
7550 I-10 West
Suite 500
San Antonio, TX 78229

Joel Peralez
801 W Nolana
Suite 315
McAllen, TX 78504

Thomas D. Pigott
2828 West Central Avenue
Suite 207
Toledo, OH 43606

Vincent M. Powers
Vincent M. Powers & Associates
411 South 13th Street
Suite 300
Lincoln, NE 68508

Simon Purnell
Brin & Brin, P.C.
1202 Third Street
Corpus Christi, TX 78404

INVOLVED COUNSEL LIST (CTO-71) MDL-1657

Ellen Relkin
Weitz & Luxenberg, P.C.
210 Lake Drive East
Suite 101
Cherry Hill, NJ 08002

Robert Thomas Rice
Rice Allen, et al.
100 North Velasco
Angleton, TX 77515

Lisa J. Rodriguez
Trujillo, Rodriguez & Richards, LLC
8 Kings Highway West
Haddonfield, NJ 08033

Jeremy M. Rogers
Summers & Rogers
1106 E 4500 S
Salt Lake City, UT 84117

David H. Rosenberg
Handler, Henning & Rosenberg, LLP
1300 Linglestown Rd.
Harrisburg, PA 17110

Mauro Fernando Ruiz
Hockema, Tippit & Escobedo, L.L.P.
1 Paseo Del Prado
Bldg. 101
Edinburg, TX 78539

Shelly A. Sanford
Goforth Lewis Sanford, LLP
1111 Bagby, Suite 2200
Houston, TX 77002

Michael Y. Saunders
Helm Pletcher Bowen & Saunders
2929 Allen Parkway, Suite 2700
Houston, TX 77019

Michael G. Sawicki
Brown, Sawicki & Mitchell, LLP
2626 Cole Avenue, Suite 850
Dallas, TX 75204

Joshua G. Schiller
Dechert LLP
Cia Centre
2929 Arch Street
Philadelphia, PA 19104

Alan G. Schwartz
Wiggin & Dana
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT 06508-1832

Christian D. Searcy
Searcy, Denney, Scarola, Barnhart
& Shipley
2139 Palm Beach Lakes Boulevard
P.O. Drawer 3626
West Palm Beach, FL 33402

Christopher A. Seeger
Seeger Weiss, LLP
550 Broad Street
Suite 920
Newark, NJ 07102-4573

John H. Shannon
John H. Shannon, PA
5300 South Florida Avenue
Suite E-1
Lakeland, FL 33813

Brian Alan Sher
Bryan Cave, LLP
161 North Clark, #4300
Chicago, IL 60601-3206

Jennifer F. Sherrill
Federman & Sherwood
10205 North Pennsylvania Avenue
Oklahoma City, OK 73120

Jonathan B. Skidmore
Fulbright & Jaworski, L.L.P.
Texas Commerce Bank Tower
2200 Ross Avenue
Suite 2800
Dallas, TX 75201-2784

Mary H. Smith
Smith & Smith
5120 Woodway
Suite 7036
Houston, TX 77056

Kathryn A. Snapka
Snapka, Turman & Waterhouse, LLP
606 North Carancahua, Suite 1511
P.O. Drawer 23017
Corpus Christi, TX 78403

Franklin P. Solomon
Weitz & Luxenberg, P.C.
210 Lake Drive East
Suite 101
Cherry Hill, NJ 08002

Arthur Edward Stallworth
4553 Salem Drive
Baton Rouge, LA 70814

Marcus Stevenson
Goforth Lewis Sanford, LLP
1111 Bagby
Suite 2200
Houston, TX 77002

Dori K. Stibolt
Squire, Sanders & Dempsey, LLP
1900 Phillips Point W.
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

Ann Marie Stockmaster
Rubin Guttman & Associates
55 Public Square
Suite 1860
Cleveland, OH 44113

Stephen G. Strauss
Bryan Cave, LLP
One Metropolitan Square
211 N. Broadway
Suite 3600
St. Louis, MO 63102-2750

Don S. Strong
Strong, Martin & Associates, PLLC
120 North Robinson Avenue
Suite 2700
Oklahoma City, OK 73102

Elena Strujan
1413 York Avenue
Apt. 4
New York, NY 10021

Dawn T. Sugihara
Goodsill, Anderson, Quinn
& Stifel, LLLP
Alii Place
1099 Alakea Street
Ste 1800
Honolulu, HI 96813-2639

Robert Martin Tata
Hunton & Williams, LLP
500 East Main Street
Suite 1000
Norfolk, VA 23510

Thomas Teodori
Chasen Boscolo
7852 Walker Drive, Suite 300
Greenbelt, MD 20770

Ramona L. Tolley
Gilman & Associates
400 S.E. 9th Street
Ft. Lauderdale, FL 33136

INVOLVED COUNSEL LIST (CTO-71) MDL-1657

Richard S. Toon, Jr.
Toon & Osmond
1800 S. Baltimore
Suite 1000
Tulsa, OK 74119

E. Todd Tracy
Tracy & Carboy
5473 Blair Road
Suite 200
Dallas, TX 75231

Rex K. Travis
500 Colcord Drive
OklahomaCity, OK 73102-2279

DeVoe G. Treadwell
634 North Broadway
Wichita, KS 67214

Craig W. Trepanier
Trepanier & MacGillis, PA
310 4th Ave. S.
Suite 8000
Minneapolis, MN 55415

Kevin K. Trout
Heron Sweet Fox & Trout, PC
2601 NW. Expressway
Suite 707 W
Oklahoma City, OK 73112

Justin Kurt Truelove
Patton & Tidwell
4605 Texas Boulevard
P.O. Box 5398
Texarkana, TX 75503-5398

Thomas F. Urban, II
James F. Humphreys & Associates, LC
1200 New Hampshire Avenue, N.W.
Suite 510
Washington, DC 20036

Robert A. Valadez
Shelton & Valadez, PC
600 Navarro Street
Suite 500
San Antonio, TX 78205-1512

Leon J. Vanderlinden
Delaney, Vanderlinden & Delaney
P.O. Box 615
Webster, SD 57274

George F. Verschelden
Stinson Morrison Hecker, LLP
1201 Walnut Street
Suite 2800
Kansas City, MO 64106-6251

Frank F. Voler
Law Offices of Michael A. DeMayo,
LLP
P.O. Box 34426
Charlotte, NC 28234

Erik B. Walker
Hissey, Kientz & Herron, PLLC
16800 Imperial Valley Drive
Suite 130
Houston, TX 77060

Richard B. Waterhouse
Snapka, Turman & Waterhouse, LLP
606 N. Carancahua, Suite 1511
P. O. Drawer 23017
Corpus Christi, TX 78403

Leila H. Watson
Cory, Watson, Crowder
& DeGaris, PC
2131 Magnolia Avenue, Suite 200
P.O. Box 55927
Birmingham, AL 35255-5972

Robin G. Weaver
Squire, Sanders & Dempsey, L.L.P.
4900 Key Tower
127 Public Square
Cleveland, OH 44114-1304

Seth Sharrock Webb
Brown & Crouppen, PC
720 Olive Street
Suite 1800
St. Louis, MO 63101-2302

Jeffrey Weber
Gary Eubanks & Associates
P.O. Box 3887
Little Rock, AR 72203-3887

Michael M. Weinkowitz
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106

Les Weisbrod
Morgan & Weisbrod, LLP
P.O. Box 821329
Dallas, TX 75382-3761

Bradley C. West
West Law Firm
124 West Highland Street
P.O. Box 698
Shawnee, OK 74802

Catherine Whitfield
Squire, Sanders & Dempsey, LLP
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198

Phillip A. Wittmann
Stone, Pigman, Walther
& Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588

Edward Kirskey Wood, Jr.
Law Offices of Edward Kirk Wood
P.O. Box 382434
Birmingham, AL 35238

C. Craig Woods
Squire, Sanders & Dempsey, L.L.P.
1300 Huntington Center
41 South High
Columbus, OH 43215

S. Patrick Woodson, IV
Plus, Taylor & Woodson
2600 Airport Frwy
Fort Worth, TX 76111

J. Gusty Yearout
Yearout & Traylor, P.C.
800 Shades Creek Parkway
Suite 500
Birmingham, AL 35209

# INVOLVED JUDGES LIST (CTO-71)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Hon. William M. Acker, Jr.
Senior U.S. District Judge
481 Hugo L. Black U.S. Courthouse
1729 5th Avenue, North
Birmingham, AL 35203-0065

Hon. John R. Adams
U.S. District Judge
570 U.S. Courthouse & Fed. Bldg.
Two South Main Street
Akron, OH 44308

Hon. Robert R. Armstrong, Jr.
U.S. Magistrate Judge
274 Hugo L. Black U.S. Courthouse
1729 5th Avenue, North
Birmingham, AL 35203

Hon. Harold Baer, Jr.
Senior U.S. District Judge
2230 Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Harry F. Barnes
U.S. District Judge
P.O. Box 1735
El Dorado, AR 71731

Hon. Joseph F. Bataillon
Chief Judge, U.S. District Court
3259 Roman L. Hruska
U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102

Hon. Timothy C. Batten, Sr.
U.S. District Judge
1756 Richard B. Russell Fed. Bldg.
& United States Courthouse
75 Spring Street, SW
Atlanta, GA 30303-3309

Hon. Monti L. Belot
U.S. District Judge
111 U.S. Courthouse
401 North Market Street
Wichita, KS 67202

Hon. Roger T. Benitez
U.S. District Judge
4145 Edward J. Schwartz
U.S. Courthouse
940 Front Street
San Diego, CA 92101

Hon. Dee V. Benson
Chief Judge, U.S. District Court
264 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101

Hon. Richard M. Berman
U.S. District Judge
650 Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Susan Ritchie Bolton
U.S. District Judge
522 Sandra Day O'Connor
U.S. Courthouse, SPC 50
401 West Washington Street
Phoenix, AZ 85003-2153

Hon. Christopher A. Boyko
U.S. District Judge
United States District Court
15B Carl B. Stokes United States
801 West Superior Avenue
Cleveland, OH 44113

Hon. David C. Bramlette
Senior U.S. District Judge
P.O. Drawer 928
Natchez, MS 39121

Hon. Rudi M. Brewster
Senior U.S. District Judge
4165 Edward J. Schwartz
U.S. Courthouse
940 Front Street
San Diego, CA 92101-8902

Hon. Leonie M. Brinkema
U.S. District Judge
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
6th Floor
Alexandria, VA 22314-5799

Hon. Garrett E. Brown, Jr.
Chief Judge, U.S. District Court
4050 Clarkson S. Fisher Federal
Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608-1507

Hon. Larry Alan Burns
U.S. District Judge
1165 Edward J. Schwartz
U.S. Courthouse
940 Front Street
San Diego, CA 92101

Hon. James C. Cacheris
Senior U.S. District Judge
Albert V. Bryan Courthouse
401 Courthouse Square
Suite 21
Alexandria, VA 22314-5799

Hon. Laurie Smith Camp
U.S. District Judge
3210 Roman L. Hruska U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102

Hon. David G. Campbell
U.S. District Judge
623 Sandra Day O'Connor
U.S. Courthouse
SPC 58
401 West Washington Street
Phoenix, AZ 85003-2118

Hon. Paul G. Cassell
U.S. District Judge
112 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101-2180

Hon. Stanley R. Chesler
U.S. District Judge
Martin Luther King, Jr. Federal Building
& U.S. Courthouse
50 Walnut Street, 4th Floor
Newark, NJ 07102

Hon. U. W. Clemon
Chief Judge, U.S. District Court
882 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203-2000

INVOLVED JUDGES LIST (CTO-71) MDL-1657

Hon. Robert J. Conrad, Jr.
Chief Judge, U.S. District Court
United States District Court
235 Charles R. Jonas Federal Building
401 West Trade Street
Charlotte, NC 28202

Hon. L. Scott Coogler
U.S. District Judge
786 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203-2000

Hon. Mary L. Cooper
U.S. District Judge
5000 Clarkson S. Fisher Federal
Bldg. & U.S. Courthouse
402 E. State Street
Trenton, NJ 08608

Hon. Alfred V. Covello
Senior U.S. District Judge
Abraham Ribicoff Federal Building
& U.S. Courthouse
450 Main Street
Hartford, CT 06103

Hon. Randy Crane
U.S. District Judge
U.S. District Court
1701 W. Business Highway 83
Suite 928
McAllen, TX 78501

Hon. Harwell G. Davis, III
U.S. Magistrate Judge
103 U.S. Courthouse
101 Holmes Avenue, N.E.
Huntsville, AL 35801

Hon. Leonard E. Davis
U.S. District Judge
United States District Court
106 Federal Building
211 West Ferguson Street
Tyler, TX 75702

Hon. Michael J. Davis
U.S. District Judge
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Ira DeMent
Senior U.S. District Judge
P.O. Box 2149
Montgomery, AL 36102-2149

Hon. David S. Doty
Senior U.S. District Judge
14W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. David D. Dowd, Jr.
Senior U.S. District Judge
402 U.S. Courthouse & Fed. Bldg.
Two South Main Street
Akron, OH 44308

Hon. Jan E. DuBois
Senior U.S. District Judge
12613 James A. Byrne  U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1766

Hon. Claire V. Eagan
Chief Judge, U.S. District Court
411 Page Belcher Federal Bldg.
& U.S. Courthouse
333 West Fourth Street
Tulsa, OK 74103

Hon. Peter C. Economus
U.S. District Judge
313 Fed. Bldg. & U.S. Courthouse
125 Market Street, Room 313
Youngstown, OH 44503

Hon. Keith P. Ellison
U.S. District Judge
Bob Casey U.S. District Court
515 Rusk Street, Room 8631
Houston, TX 77002

Hon. Joan N. Ericksen
U.S. District Judge
12W U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

Hon. David A. Faber
Chief Judge, U.S. District Court
601 Federal Street, Room 2303
Bluefield, WV 24701

Hon. David Folsom
U.S. District Judge
309 U.S. Courthouse & Post Office
500 N. State Line Avenue
Texarkana, TX 71854-5957

Hon. James L. Foreman
Senior U.S. District Judge
740 U.S. Courthouse
301 West Main Street
Benton, IL 62812

Hon. Donovan W. Frank
U.S. District Judge
738 Warren E. Burger Federal Bldg.
316 North Robert Street
St. Paul, MN 55101

Hon. Stephen P. Friot
U.S. District Judge
3102 U.S. Courthouse
200 Northwest Fourth Street
Oklahoma City, OK 73102-3092

Hon. John P. Fullam
Senior U.S. District Judge
15614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1780

Hon. W. Royal Furgeson, Jr.
U.S. District Judge
John H. Wood Courthouse
655 E. Durango Blvd.
San Antonio, TX 78206

Hon. Patricia A. Gaughan
U.S. District Judge
19B Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113-1835

Hon. Vanessa D. Gilmore
U.S. District Judge
9513 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Irma E. Gonzalez
Chief Judge, U.S. District Court
4194 Edward J. Schwartz
U.S. Courthouse
940 Front Street
San Diego, CA 92101

Hon. Joseph R. Goodwin
U.S. District Judge
U.S. District Court
P.O. Box 2546
Charleston, WV 25329-2546

Hon. Donald L. Graham
U.S. District Judge
U.S. District Court
99 N.E. Fourth Street, Room 1155
Miami, FL 33132

Hon. Callie V.S. Granade
Chief Judge, U.S. District Court
123 John A. Campbell U.S. Courthouse
113 St. Joseph Street
Mobile, AL 36602-3621

Hon. James E. Gritzner
U.S. District Judge
U.S. District Court
P.O. Box 9344
Des Moines, IA 50306

Hon. James S. Gwin
U.S. District Judge
510 U.S. Courthouse & Fed. Bldg.
Two South Main Street
Akron, OH 44308

Hon. David F. Hamilton
U.S. District Judge
330 Birch Bayh Fed. Bldg.
& U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Hon. Andrew S. Hanen
U.S. District Judge
P.O. Box 61010
Houston, TX 77208-1010

Hon. William Q. Hayes
U.S. District Judge
4 Edward J. Schwartz U.S. Courthouse
940 Front Street
San Diego, CA 92101

Hon. Hayden W. Head, Jr.
Chief Judge, U.S. District Court
308 U.S. Courthouse
1133 North Shoreline Boulevard
Corpus Christi, TX 78401

Hon. Joe L. Heaton
U.S. District Judge
1210 U.S. Courthouse
200 Northwest 4th Street
Oklahoma City, OK 73102

Hon. Jimm Larry Hendren
Chief Judge, U.S. District Court
United States District Court
559 John Paul Hammerschmidt
Fed. Bldg.
35 East Mountain Street
Fayetteville, AR 72701

Hon. David R. Herndon
U.S. District Judge
P.O. Box 259
E. St. Louis, IL 62202-0259

Hon. Claude M. Hilton
Senior U.S. District Judge
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314-5799

Hon. Ricardo H. Hinojosa
U.S. District Judge
1701 W. Business Highway 83
Bentsen Tower
Suite 1028
McAllen, TX 78502

Hon. Denis R. Hurley
Senior U.S. District Judge
U.S. District Court
Alfonse M. D'Amato U.S. Courthouse
Federal Plaza, 9th Floor
Central Islip, NY 11722

Hon. Janis Graham Jack
U.S. District Judge
320 U.S. Courthouse
1133 North Shoreline Boulevard
Corpus Christi, TX 78401

Hon. Carol E. Jackson
Chief Judge, U.S. District Court
14N Thomas F. Eagleton
U.S. Courthouse
111 South Tenth St., 14th Floor
St. Louis, MO 63102-1116

Hon. Bruce S. Jenkins
Senior U.S. District Judge
421 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101

Hon. Inge P. Johnson
U.S. District Judge
361 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Hon. James P. Jones
Chief Judge, U.S. District Court
P.O. Box 669
Abingdon, VA 24212

Hon. Cindy K. Jorgenson
U.S. District Judge
5180 Evo A. DeConcini
U.S. Courthouse
405 West Congress Street
Tucson, AZ 85701-5052

Hon. David A. Katz
Senior U.S. District Judge
307 U.S. Courthouse
1716 Spielbusch Avenue
Toledo, OH 43624

Hon. Irene M. Keeley
Chief Judge, U.S. District Court
P.O. Box 2808
Clarksburg, WV 26302

Hon. Samuel B. Kent
U.S. District Judge
613 U.S. Courthouse
601 25th Street
Galveston, TX 77550

Hon. Terence C. Kern
U.S. District Judge
411 Page Belcher Federal Bldg.
& U.S. Courthouse
333 West 4th Street
Tulsa, OK 74103-3819

Hon. Gladys Kessler
U.S. District Judge
4006 E. Barrett Prettyman
U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001-2802

Hon. Dale A. Kimball
U.S. District Judge
220 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101

Hon. Charles B. Kornmann
U.S. District Judge
408 U.S. Post Office and Courthouse
102 Fourth Avenue, S.E.
Aberdeen, SD 57401

Hon. Robert E. Larsen
U.S. Magistrate Judge
6652 Charles Evans Whittaker
U.S. Courthouse
400 East Ninth Street
Kansas City, MO 64106

Hon. Tim Leonard
Senior U.S. District Judge
5012 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

~~Hon. Sam A. Lindsay~~
~~U.S. District Judge~~
~~Earle Cabell Federal Bldg.~~
~~& U.S. Courthouse~~
~~1100 Commerce Street~~
~~Dallas, TX 75242-1003~~

~~Hon. M. James Lorenz~~
~~U.S. District Judge~~
~~5145 Edward J. Schwartz~~
~~U.S. Courthouse~~
~~940 Front Street~~
~~San Diego, CA 92101~~

Hon. Barbara M.G. Lynn
U.S. District Judge
15E26 Earle Cabell Federal Building
& U. S. Courthouse
1100 Commerce Street
Dallas, TX 75242-1003

Hon. Paul A. Magnuson
Senior U.S. District Judge
730 Warren E. Burger Fed. Bldg.
316 North Robert Street
St. Paul, MN 55101

Hon. Kenneth A. Marra
U.S. District Judge
205E United States Courthouse
299 East Broward Boulevard
Fort Lauderdale, FL 33301

Hon. Frederick J. Martone
U.S. District Judge
U.S. District Court
526 Sandra Day O'Connor
U.S. Courthouse
401 West Washington St., SPC62
Phoenix, AZ 85003-2158

Hon. John H. McBryde
U.S. District Judge
401 U.S. Courthouse
501 West 10th Street
Fort Worth, TX 76102

Hon. Stephen M. McNamee
U.S. District Judge
Sandra Day O'Connor U.S. Courthouse
401 W. Washington Street, Box 60
Phoenix, AZ 85003-2146

Hon. Peter J. Messitte
U.S. District Judge
6500 Cherrywood Lane
Room 475A
Greenbelt, MD 20770

Hon. Vicki Miles-LaGrange
U.S. District Judge
5011 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

~~Hon. Jeffrey T. Miller~~
~~U.S. District Judge~~
~~3142 Edward J. Schwartz~~
~~U.S. Courthouse~~
~~940 Front Street~~
~~San Diego, CA 92101~~

Hon. Patricia H. Minaldi
U.S. District Judge
328 Edwin F. Hunter, Jr.
U.S. Courthouse & Federal Building
611 Broad Street
Lake Charles, LA 70601

Hon. Ann D. Montgomery
U.S. District Judge
13W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. K. Michael Moore
U.S. District Judge
1168 James Lawrence King Federal
Justice Bldg.
99 N.E. Fourth Street
Miami, FL 33132

~~Hon. Barry Ted Moskowitz~~
~~U.S. District Judge~~
~~Edward J. Schwartz U.S. Courthouse~~
~~940 Front Street~~
~~Suite 5160~~
~~San Diego, CA 92101~~

Hon. Graham C. Mullen
Senior U.S. District Judge
230 Charles R. Jonas Federal Building
401 West Trade Street
Charlotte, NC 28202

Hon. Kathleen McDonald O'Malley
U.S. District Judge
16A Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113-1840

Hon. John E. Ott
U.S. Magistrate Judge
268 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

Hon. John R. Padova
U.S. District Judge
6614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1759

Hon. James H. Payne
Chief Judge, U.S. District Court
U.S. District Court
P.O. Box 2459
Muskogee, OK 74402

Hon. Joel A. Pisano
U.S. District Judge
402 East State Street
Room 2020
Newark, NJ 08608

Hon. Dan A. Polster
U.S. District Judge
18B Carl B. Stokes U.S. Courthouse
801 W. Superior Avenue
Cleveland, OH 44113

Hon. R. David Proctor
U.S. District Judge
730 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

~~Hon. John S. Rhoades, Sr.~~
~~Senior U.S. District Judge~~
~~3130 Edward J. Schwartz~~
~~U.S. Courthouse~~
~~940 Front Street~~
~~San Diego, CA 92101~~

Hon. Eduardo C. Robreno
U.S. District Judge
11614 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1745

Hon. John M. Roll
Chief Judge, U.S. District Court
5190 Evo A. DeConcini U.S. Courthouse
405 W. Congress Street
Tucson, AZ 85701-5010

Hon. David L. Russell
U.S. District Judge
3309 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

~~Hon. Dana M. Sabraw~~
~~U.S. District Judge~~
~~U.S. District Court~~
~~Edward J. Schwartz U.S. Courthouse~~
~~940 Front Street, Suite 2160~~
~~San Diego, CA 92101~~

Hon. Timothy J. Savage
U.S. District Judge
7614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Shira Ann Scheindlin
U.S. District Judge
1620 Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Richard A. Schell
U.S. District Judge
U.S. Courthouse Annex, Level
Mezzanine
200 North Travis Street
Sherman, TX 75090

Hon. Berle M. Schiller
U.S. District Judge
5614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Michael H. Schneider
U.S. District Judge
U.S. District Court
100 Federal Building
211 West Ferguson Street
Tyler, TX 75701

~~Hon. J. Michael Seabright~~
~~U.S. District Judge~~
~~United States District Court~~
~~C-435 Prince Kuhio Federal Bldg.~~
~~300 Ala Moana Boulevard~~
~~Honolulu, HI 96850-0001~~

Hon. Frank H. Seay
Senior U.S. District Judge
United States District Court
P.O. Box 828
Muskogee, OK 74402-0828

Hon. Edward F. Shea
U.S. District Judge
Federal Bldg., Suite 190
825 Jadwin Avenue
Richland, WA 99352

Hon. Steven P. Shreder
U.S Magistrate Judge
U.S. District Court
P.O. Box 7002
Muskogee, OK 74402

Hon. William B. Shubb
Senior U.S. District Judge
14-200 United States Courthouse
501 I Street
Sacramento, CA 95814-2322

Hon. Sam Sparks
U.S. District Judge
100 U.S. Courthouse
200 West Eighth Street
Austin, TX 78701

Hon. Brian T. Stewart
U.S. District Judge
148 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101

Hon. Hilda G. Tagle
U.S. District Judge
Federal Building & U.S. Courthouse
#306
600 East Harrison Street
Brownsville, TX 78520

Hon. Alvin W. Thompson
U.S. District Judge
Abraham Ribicoff Federal Building
& U.S. Courthouse
450 Main Street
Hartford, CT 06103

Hon. Anne E. Thompson
Senior U.S. District Judge
4000 Clarkson S. Fisher Federal
Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608-1507

Hon. Ralph G. Thompson
Senior U.S. District Judge
3301 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

Hon. Lacy H. Thornburg
U.S. District Judge
200 U.S. Courthouse
100 Otis Street
Asheville, NC 28801-2611

Hon. John R. Tunheim
U.S. District Judge
13E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. James C. Turk
U.S. District Judge
Richard H. Poff Federal Bldg.
246 Franklin Road, S.W.
Roanoke, VA 24011

Hon. Ursula M. Ungaro-Benages
U.S. District Judge
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

Hon. Warren K. Urbom
Senior U.S. District Judge
507 Robert V. Denney U.S. Courthouse
100 Centennial Mall North
Lincoln, NE 68508

Hon. Richard L. Voorhees
U.S. District Judge
250 Charles Jonas Federal Building
401 West Trade Street
Charlotte, NC 28202

Hon. Kathryn H. Vratil
U.S. District Judge
511 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101-2400

Hon. John F. Walter
U.S. District Judge
176 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701

Hon. Horace T. Ward
Senior U.S. District Judge
Richard B. Russell Federal Bldg.
& U.S. Courthouse, Room 2388
75 Spring Street, S.W.
Atlanta, GA 30303

Hon. Herman J. Weber
Senior U.S. District Judge
801 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202

Hon. Lesley Brooks Wells
Senior U.S. District Judge
328 Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114

Hon. Kimberly E. West
U.S Magistrate Judge
United States District Court
P. O. Box 2999
Muskogee, OK 74402

Hon. Lee R. West
Senior U.S. District Judge
3001 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

Hon. Thomas J. Whelan
U.S. District Judge
3155 Edward J. Schwartz U.S. Courthouse
940 Front Street, Suite 3155
San Diego, CA 92101

Hon. Ronald A. White
U.S. District Judge
United States District Court
P.O. Box 1009
Muskogee, OK 74402

Hon. James D. Whittemore
U.S. District Judge
13B Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. Glen M. Williams
Senior U.S. District Judge
P.O. Box 339
Abingdon, VA 24212

Hon. Henry T. Wingate
Chief Judge, U.S. District Court
109 James O. Eastland U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201

Hon. Freda L. Wolfson
U.S. District Judge
6050 Clarkson S.
Fisher Federal Bldg. and US Courthouse
402 East State Street
Trenton, NJ 08608

Hon. Douglas P. Woodlock
U.S. District Judge
4110 John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

Hon. Lee Yeakel
U.S. District Judge
U.S. Courthouse
200 W. 8th Street
Suite 200
Austin, TX 78701

Hon. Richard L. Young
U.S. District Judge
310 Federal Building
101 N.W. Martin Luther King Blvd.
Evansville, IN 47708

Hon. James B. Zagel
U.S. District Judge
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Frank R. Zapata
U.S. District Judge
5160 Evo A. DeConcini U.S. Courthouse
405 W. Congress Street
Tucson, AZ 85701

# INVOLVED CLERKS LIST (CTO-71)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Charles R. Diard, Jr., Clerk
123 John A. Campbell U.S. Courthouse
113 St. Joseph Street
Mobile, AL 36602-3621

Christopher R. Johnson, Clerk
U.S. District Court
P.O. Box 6420
Fayetteville, AR 72702-6420

Christopher R. Johnson, Clerk
U.S. District Court
P.O. Box 2746
Texarkana, AR 75504-2746

Clarence Maddox, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

David J. Maland, Clerk
100 East Houston Street
#125
Marshall, TX 75670-4144

David J. Maland, Clerk
216 Federal Building
101 East Pecan Street
Sherman, TX 75090

David J. Maland, Clerk
106 Federal Building
211 W. Ferguson Street
Tyler, TX 75702

Debra P. Hackett, Clerk
U.S. District Court
P.O. Box 711
Montgomery, AL 36101-0711

Denise Lucks, Clerk
U.S. District Court
Denney Fed. Bldg. & U.S. Courthouse
100 Centennial Mall North, Room 593
Lincoln, NE 68508-3803

Denise Lucks, Clerk
1152 Roman L. Hruska
U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102-1322

Felicia C. Cannon, Clerk
U.S. Courthouse
6500 Cherrywood Lane, 2nd Floor
Greenbelt, MD 20770-1285

Fernando Galindo, Acting Clerk
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314-5798

Frank G. Johns, Clerk
309 U.S. Courthouse
Veach-Baley Federal Complex
100 Otis Street
Asheville, NC 28801

Frank G. Johns, Clerk
210 Charles R. Jonas Fed. Bldg.
401 West Trade Street
Charlotte, NC 28202

Frank G. Johns, Clerk
P.O. Box 466
Statesville, NC 28677

Geri M. Smith, Clerk
568 U.S. Courthouse & Fed. Bldg.
Two South Main Street
Akron, OH 44308-1876

Geri M. Smith, Clerk
United States District Court
2-161 Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113

Geri M. Smith, Clerk
114 U.S. Courthouse
1716 Spielbusch Avenue
Toledo, OH 43624-1347

Geri M. Smith, Clerk
337 Thomas D. Lambros Federal
Building & U.S. Courthouse
125 Market Street
Youngstown, OH 44503-1787

J. Michael McMahon, Clerk
Daniel Patrick Moynihan U.S.
Courthouse
500 Pearl Street
New York, NY 10007-1312

J.T. Noblin, Clerk
316 James O. Eastland U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201

J.T. Noblin, Clerk
P.O. Box 23552
Jackson, MS 39225-3552

Jack L. Wagner, Clerk
4-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814-2322

James Bonini, Clerk
324 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202

~~James G. Woodward, Clerk~~
~~3300 Thomas F. Eagleton~~
~~U.S. Courthouse~~
~~111 South Tenth Street~~
~~St. Louis, MO 63102-1116~~

James R. Larsen, Clerk
U.S. District Court
P.O. Box 1493
Spokane, WA 99210

John F. Corcoran, Clerk
P.O. Box 398
Abingdon, VA 24210

John F. Corcoran, Clerk
U.S. District Court
116 North Main Street, #314
Harrisonburg, VA 22802-3832

John F. Corcoran, Clerk
P.O. Box 1234
Roanoke, VA 24011

Joseph A. Haas, Clerk
U.S. District Court
P.O. Box 6080
Rapid City, SD 57701

Karen S. Mitchell, Clerk
U.S. District Court
1100 Commerce Street
Room 1452
Dallas, TX 75242

Karen S. Mitchell, Clerk
310 U.S. Courthouse
501 West 10th Street
Fort Worth, TX 76102-3643

Kevin F. Rowe, Clerk
Richard C. Lee U.S. Courthouse
141 Church Street
New Haven, CT 06510

Laura A. Briggs, Clerk
304 Federal Building
101 N.W. Martin Luther King
Boulevard
Evansville, IN 47708

Laura A. Briggs, Clerk
105 Birch Bayh Federal Building
& U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Luther D. Thomas, Clerk
2211 Richard B. Russell Fed. Bldg.
& U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3361

Marge Krahn, Clerk
P.O. Box 9344
Des Moines, IA 50306-9344

Markus B. Zimmer, Clerk
150 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101-2180

Michael E. Kunz, Clerk
2609 James A. Byrne U.S.
Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Michael N. Milby, Clerk
101 Fed. Bldg. & U.S. Courthouse
600 East Harrison Street
Brownsville, TX 78522-7114

Michael N. Milby, Clerk
U.S. Courthouse
1133 North Shoreline Blvd.
Corpus Christi, TX 78401

Michael N. Milby, Clerk
P.O. Box 2300
Galveston, TX 77553-2300

Michael N. Milby, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010

Michael N. Milby, Clerk
P.O. Box 5059
McAllen, TX 78502-5059

Michael W. Dobbins, Clerk
Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Nancy Mayer-Whittington, Clerk
1834 E. Barrett Prettyman
U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001-2802

Norbert G. Jaworski, Clerk
U.S. District Court
P.O. Box 249
E. St. Louis, IL 62202-0249

Patricia L. Brune, Clerk
2710 Charles Evans Whittaker
U.S. Courthouse
400 E. Ninth Street
Kansas City, MO 64106

Perry D. Mathis, Clerk
140 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Perry D. Mathis, Clerk
140 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Philip B. Lombardi, Clerk
411 Page Belcher Federal Bldg.
& U.S. Courthouse
333 W. 4th Street
Tulsa, OK 74103-3819

Ralph L. DeLoach, Clerk
259 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101-2430

Ralph L. DeLoach, Clerk
204 U.S. Courthouse
401 N. Market Street
Wichita, KS 67202

Richard H. Weare, Clerk
130 Sandra Day O'Connor
U.S. Courthouse, SPC 1
401 West Washington Street
Phoenix, AZ 85003-2118

Richard H. Weare, Clerk
1500 Evo A. DeConcini
U.S. Courthouse
405 West Congress Street
Tucson, AZ 85701-5010

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Robert C. Heinemann, Clerk
U.S. District Court
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, NY 11722-4438

Robert D. Dennis, Clerk
1210 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102-3092

Robert H. Shemwell, Clerk
1167 U.S. Courthouse
300 Fannin Street
Shreveport, LA 71101-3083

Sarah Thornton, Clerk
Clerk's Office - Attn: Sherry Jones
U.S. District Court
595 Main Street
Worcester, MA 01608

Sherri R. Carter, Clerk
G-8 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Sheryl L. Loesch, Clerk
218 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Sue Beitia, Clerk
C-338 Prince Kuhio Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850

Teresa Deppner, Clerk
P.O. Box 5009
Beckley, WV 25801-5009

Teresa Deppner, Clerk
Federal Station
P.O. Box 4128
Bluefield, WV 27702-1928

Teresa Deppner, Clerk
Post Office Box 2546
Charleston, WV 25329-2546

Teresa Deppner, Clerk
U.S. District Court
P.O. Box 1570
Huntington, WV 25716-1570

Teresa Deppner, Clerk
U.S. District Court
Federal Building, Room 5102
425 Juliana Street
Parkersburg, WV 26101

~~W. Samuel Hamrick, Jr., Clerk~~
~~4290 Edward J. Schwartz Federal Building~~
~~880 Front Street~~
~~San Diego, CA 92101-8900~~

Wally A. Edgell, Clerk
P.O. Box 2857
Clarksburg, WV 26302-2857

Wally A. Edgell, Clerk
P.O. Box 1518
Elkins, WV 26241-1518

William B. Guthrie, Clerk
P.O. Box 607
Muskogee, OK 74402-0607

William G. Putnicki, Clerk
U.S. Courthouse
200 West 8th Street
Austin, TX 78701

William G. Putnicki, Clerk
John H. Wood, Jr. U.S. Courthouse
655 East Durango Boulevard
San Antonio, TX 78206-1198

William T. Walsh, Clerk
Martin Luther King, Jr. Fed. Bldg. & U.S. Courthouse
50 Walnut Street, 4th Floor
Newark, NJ 07102

William T. Walsh, Clerk
2020 Clarkson S. Fisher Fed. Bldg. & U.S. Courthouse
402 East State Street
Trenton, NJ 08608